McCORRISTON MILLER MUKAI MacKINNON LLP
KENNETH J. MANSFIELD          # 7227-0
R. JOHN SEIBERT                       # 5257-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Fax: (808) 524-8293
mansfield@m4law.com; rjs@m4law.com

Attorneys for Defendant
LIBERTY INSURANCE CORPORATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 30 2005

at 2 o'clock and 38 min P M
SUE BEITIA, CLERK

LODGED

NOV 29 2005
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JIMMY FERNANDEZ and ESTHER FERNANDEZ, | ) ) ) | CIVIL NO. 04-00426 ACK KSC |
| Plaintiffs, | ) ) ) ) | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES; |
| vs. | ) ) | ORDER |
| LIBERTY INSURANCE CORPORATION; JOHN DOES 1-10, JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | Trial Date: May 2, 2006 |

123628.1

## STIPULATION FOR DISMISSAL WITH
## PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between all parties hereto, through their respective undersigned counsel, that all claims in this action be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

No claims or parties remain in this action. All appearing parties have signed this stipulation. All parties agree to bear their own respective attorneys' fees and costs.

Trial in this matter was scheduled to commence on May 2, 2006.

DATED: Honolulu, Hawaii, _____NOV 2 9 2005_____.

_____
KENNETH J. MANSFIELD
R. JOHN SEIBERT

Attorneys for Defendant
LIBERTY INSURANCE
CORPORATION

===============================================================
*Jimmy Fernandez and Esther Fernandez v. Liberty Insurance Corporation*, Civil
No. 04-00426 ACK KSC; **Stipulation for Dismissal with Prejudice; Order**
===============================================================

2

DANIEL LOTENSCHTEIN

Attorney for Plaintiffs
JIMMY FERNANDEZ and
ESTHER FERNANDEZ

APPROVED AND SO ORDERED:

ALAN C. KAY

ALAN C. KAY
Judge of the Above-Entitled Court

======================================================

*Jimmy Fernandez and Esther Fernandez v. Liberty Insurance Corporation, et al.;*
Civil No. 04-00426 ACK KSC; **Stipulation for Dismissal with Prejudice;
Order**

======================================================